IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2012 SEP 14 AM 8:58

| UNITED STATES OF AMERICA, | § | NO. EP-11-CR-3016-KC |
|---|---|---|
| Plaintiff | § | INFORMATION |
| v. | § | Vio: 18:2247(a) - Enhancement of Punishment |
| ROBERT EDWARD CUFF, | § | Vio: 18:2251(e) - Enhancement of Punishment |
| Defendant. | § | Vio: 18:2252(b)(2) - Enhancement of Punishment |
|  | § | Vio: 18:2252(b)(1) - Enhancement of Punishment |

## NOTICE OF INTENT TO SEEK INCREASED STATUTORY PENALTY

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 13, 2012, Defendant, **ROBERT EDWARD CUFF**, was convicted of Engaging in a Child Exploitation Enterprise, said conviction was filed in the U.S. District Court, Western District of Louisiana, Shreveport, Louisiana, in Cause No. 11-CR-00062-21.

### COUNT ONE
(18 U.S.C. § 2247(a))

The United States Attorney hereby notifies the Defendant that the Government will seek the increased penalties provided by Title 18, United States Code, Section 2247(a).

### COUNT TWO
(18 U.S.C. § 2251(e))

The United States Attorney hereby notifies the Defendant that the Government will seek the increased penalties provided by Title 18, United States Code, Section 2251(e).

### COUNT THREE
(18 U.S.C. § 2252(b)(2))

The United States Attorney hereby notifies the Defendant that the Government will seek the increased penalties provided by Title 18, United States Code, Section 2252(b)(2).

## COUNT FOUR
(18 U.S.C. § 2252(b)(1))

The United States Attorney hereby notifies the Defendant that the Government will seek the increased penalties provided by Title 18, United States Code, Section 2252(b)(1).

The United States Attorney for the Western District of Texas, files this Information pursuant to the provisions of Title 18, United States Code, Sections 2426(a), 2251(e), 2252(b)(1), and 2252(b)(2), for enhancement of punishment.

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
DANIEL R. CRUMBY
Assistant U.S. Attorney
Texas Bar # 24049839
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 13th day of September, 2012, a copy of the foregoing was sent to Attorney for Selena Solis, Federal Public Defender, El Paso, Texas 79901.

                                               Daniel R. Crumby
                                               Assistant United States Attorney