# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | CRIMINAL NO: |
| vs. | § § | EP:11-CR-03016(1)-KC |
| (1) Robert E. Cuff | § § § | |

## DEFENDANT'S EXHIBITS, Page 1

| Exhibit | Description | Date Admitted |
|---------|-------------|---------------|
| 1 | CV of Susan Fiester | 9/19/13 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



# CURRICULUM VITAE

**Susan J. Fiester, MD, FAPA**
**6 Vendome Court**
**Bethesda, Maryland 20817**
**301.365.4980 / 301.469.8772 (Fax)**
**assistant@sfiester.com**

**EDUCATION:**

| | |
|---|---|
| Smith College<br>B.A. - Cum Laude | Northampton, Massachusetts<br>1967-1971 |
| Yale University<br>School of Medicine - M.D. | New Haven, Connecticut<br>1973-1977 |

**PSYCHIATRY INTERNSHIP / RESIDENCY:**

| | |
|---|---|
| Yale University<br>School of Medicine | New Haven, Connecticut<br>1977-1981 |

**POST DOCTORAL RESEARCH FELLOWSHIP:**

| | |
|---|---|
| Yale University<br>School of Medicine | New Haven, Connecticut<br>1981-1983 |

Robert Wood Johnson
Clinical Scholars Program

**LICENSURE:**

Maryland, Virginia, District of Columbia

**SPECIALTY BOARD CERTIFICATION:**

Certified, American Board of Psychiatry and Neurology - 1983

**MEMBERSHIP IN ORGANIZATIONS:**

American Psychiatric Association, Distinguished Fellow
American College of Psychiatry
American Medical Association
American Medical Women's Association
American Academy of Psychiatry and the Law
American Society of Clinical Psychopharmacology

**POSITIONS / ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| 1994-Present | Private Practice of Psychiatry and Forensic Psychiatry, Bethesda, Maryland |
| 1992-1994 | Medical Director, Psychiatric Institute of Washington, Washington, DC |
| 1991-1992 | Medical Director, Nashua Brookside Hospital, Nashua, New Hampshire |
| 1985-1991 | Associate Medical Director, Nashua Brookside Hospital, Nashua, New Hampshire |
| 1990-1992 | Member of Board of Directors and Vice-President of Northeast Psychiatric Associates Foundation (non-profit foundation for provision of community mental health programs), Nashua, New Hampshire |
| 1988-1995 | Assistant Clinical Professor of Psychiatry, Tufts University, Boston, Massachusetts |
| 1985-1988 | Medical Director, Adult Chemical Dependency Unit, Nashua Brookside Hospital, Nashua, New Hampshire |
| 1983-1985 | Visiting Scientist, Psychosocial Treatments Research Branch, National Institute of Mental Health, Extramural Program, Rockville, Maryland |
| 1983-1985 | Clinical Instructor, Department of Psychiatry, Yale University School of Medicine, New Haven, Connecticut |
| 1971-1973 | Research Psychologist, Laboratory of Psychopathology, National Institute of Mental Health, Intramural Program, Bethesda, Maryland |

**ADJUNCT POSITIONS:**

| | |
|---|---|
| 1997 | Consultant, Schering-Plough Research Institute, Kenilworth, New Jersey |
| 1997 | Consultant, State of Georgia Department of Corrections.  Revision of mental health policies/procedures for the state correctional system |
| 1983-Present | Consultant, Forensic Psychiatry: 1994-Present Bethesda, Maryland; 1992-1994 Washington, DC; 1985-1992 Nashua, New Hampshire; 1983-1985 Bethesda, Maryland; 1981-1983 New Haven, Connecticut.  Psychiatric evaluation and expert testimony in criminal and civil cases |
| 1983-Present | Private Practice (psychotherapy and psycho-pharmacology):  1994-Present Bethesda, MD; 1992-1994 Washington, DC; 1983-1985 Bethesda, Maryland |
| 1981-1983 | New Haven, Connecticut |
| 1982-1983 | Consultant, Psychiatric Outpatient Department, Hospital of Saint Raphael, New Haven, Connecticut |

| 1981-1983 | Consultant, Court Consultation Clinic, Yale University School of Medicine, New Haven, Connecticut. Competency evaluations for residents of state women's prison; psychiatric evaluation and expert testimony in various types of civil and criminal cases |
| 1981-1982 | Consultant in Psychopharmacology, Hamden Mental Health Center, Hamden, Connecticut |
| 1979-1980 | Consultant, Connecticut Task Force on Abused Women and New Haven Battered Women's Shelter, New Haven, Connecticut |
| 1977-1978 | Consulting Physician, Regis Multi-Health Center for the Elderly, New Haven, Connecticut |
| 1975-1976 | Consultant, University of Bridgeport, Sex Counseling Center, Bridgeport, Connecticut |
| 1975-1976 | Co-step Officer (Public Health Service), Clinical/Research Assistant, Adult Psychiatry Branch, National Institute of Mental Health, Intramural Program, Bethesda, Maryland |
| 1974 | Co-step Officer (Public Health Service), Laboratory of Psychopathology, National Institute of Mental Health, Intramural Program, Bethesda, Maryland |
| 1973 | Instructor, University of Massachusetts, Women's Studies Program, Southwest Resource Center, Amherst, Massachusetts |

## FUNDED GRANTS / RESEARCH:

| 1993-1996 | Principal Investigator, Eli Lilly-sponsored study on effectiveness of olanzapine, Chevy Chase, MD |
| 1992-1994 | Director of Research Department, Psychiatric Institute of Washington, DC |
| 1992-1993 | Co-Principal Investigator, SmithKline-Beecham sponsored study on effectiveness of paroxetine, Psychiatric Institute of Washington, DC |
| 1991-1992 | Co-Investigator, National Institute of Drug Abuse- funded grant: "Cost-Effectiveness of Cocaine Abuse Treatment," Northeast Psychiatric Associates, Nashua, New Hampshire |
| 1989-1990 | Chief, Department of Psychiatry, Catholic Medical Center, Manchester, New Hampshire |
| 1985-1992 | Consultant to Research Department, Nashua Brookside Hospital, Nashua, New Hampshire (assisted in oversight of approximately twenty clinical drug trials) |
| 1983-1985 | Psychopharmacology Consultant, Treatment of Depression Collaborative Research Program, National Institute of Mental Health, Extramural Program, Rockville, Maryland |

| 1981-1983 | Consulting Psychiatrist, Depression Research Unit, Yale University, New Haven, Connecticut |
| 1970,1971 | Summer Research Fellow, Department of Psychology, Smith College, Northampton, Massachusetts |
| 1969 | Summer Research Fellow, American Dental Association Program in Behavioral Sciences, University of Houston, Houston, Texas |

## HONORS AND AWARDS:

Elected to membership in the American College of Psychiatry, 1995

Elected to Fellow status in the American Psychiatric Association, 1994

Elected to Distinguished Fellow status in the American Psychiatric Association, DATE

Lustman Award for Resident Research, Second Prize, Yale University, Department of Psychiatry, 1981

Ginsberg Fellow, Group for the Advancement of Psychiatry, 1978-1980

Louis G. Welt Thesis Prize, Yale University School of Medicine, 1977

Lidz Prize for Psychosocial Research in Psychiatry, Yale University, Department of Psychiatry, 1977

Bertram H. Roberts Memorial Award, Yale University, Department of Psychiatry, 1976

Elected to Phi Beta Kappa, 1971

Elected to Sigma Xi, 1971

## COMMITTEES / WORKGROUPS / TASK FORCES:

Member, Laughlin Fellow Committee, American College of Psychiatrists, 1997-2000

Member, Work Group to Develop a Practice Guideline for The Treatment of Nicotine Dependence, American Psychiatric Association, 1993-1998

Chairperson, Mental Health Subcommittee of Women's Health Committee, American Medical Women's Association, 1993-1995; Member, Women's Health Committee, American Medical Women's Association, 1993-1995

Co-Chairperson, Research Subcommittee of the Clinical Development Committee, Psychiatric Specialty Hospital Group, 1993-1994

Member, RAND panel to assess guidelines for Quality of Inpatient Care for Schizophrenia, April 1993

Member, Task Force on Nicotine Dependence, American Psychiatric Association, 1991-1998

Liaison to Council on Research, American Psychiatric Association, 1990-1995

Chairman, New Research Subcommittee, Scientific Program Committee, American Psychiatric Association, 1990-1995

Member, DSM-IV Work Group on Personality Disorders, American Psychiatric Association, 1988-1993

Member, Greater Nashua AIDS Task Force, Medical Committee, Nashua, New Hampshire, 1988-1992

Member, Medical Advisory Board, deNicola Center for Women's Health, Nashua, New Hampshire, 1987-1992

Member, Committee on Research on Psychiatric Treatments, American Psychiatric Association, 1987-1995

Member, Scientific Program Committee, American Psychiatric Association, 1987-1995; Consultant, 1986-1987 and 1995-1996

Member, American Psychiatric Association Subcommittee on Psychotherapy Techniques and Outcomes; Psychiatric Knowledge and Skills Self-assessment Program, Sixth Edition, 1985-1986

**REVIEWER / SCIENTIFIC REVIEW BOARDS / EDITORIAL BOARDS:**

Special Reviewer, New Research Subcommittee, American Psychiatric Association, 1997-2000

Editorial Board, Journal of Personality Disorders, 1990-1994

Reviewer (Ad-Hoc), The Journal of Clinical Psychiatry, 1995-1996

Special Reviewer, National Institute of Mental Health Treatment Development and Assessment (TDAA) Grant Review Committee: January 1988, June 1988, October 1991, April 1994, December 1994, June 1995

Special Reviewer, National Institute of Mental Health, Alcohol Center Research Grants Review Committee, July 1988

Special Reviewer, National Institute of Mental Health, Mental Health Special Project Review Committee, December 1993

Reviewer, National Institute of Mental Health, Special Review Committee for AIDS Research, 1986-1988

## PUBLICATIONS:

American Psychiatric Association, Work Group on Nicotine Dependence:  Practice Guidelines for the Treatment of Patients with Nicotine Dependence, Abstracts of Clinical Care Guidelines, 9:1-5, 1997

Hughes JR, Fiester SJ, Goldstein MG, Resnick MP, Rock N, Zeidonis D, (Work Group on Nicotine Dependence):  Practice Guideline for the Treatment of Patients with Nicotine Dependence, Supplement to the American Journal of Psychiatry, 153: S1-31, 1996

Fiester SJ:  Nicotine Use Disorders, in Psychiatry, ed. Tasman A, Kay J, Lieberman JA, Philadelphia:  WB Saunders Company, 1996, p. 853-866

Fiester SJ, Gay M:  Sadistic Personality Disorder, in The DSM-IV Personality Disorders, ed. Livesley J, New York, NY: Guilford Publications, Inc., 1995, p. 329-340

Fiester SJ: Self-defeating Personality Disorder, in The DSM-IV Personality Disorders, ed. Livesley J, New York, NY:  Guildford Publications, Inc., 1995, p. 341-358

Fiester, SJ, Shefferman M:  Medical Problems in Hospitalized Psychiatric Patients, in Inpatient Psychiatry in the 1990's, Ed. Docherty J, San Francisco, California:  Jossey-Bass Inc. Publishers, 1994

Fiester, SJ:  Gender Differences in Nicotine Addiction and Treatment, Grand Rounds Review, NME Psychiatric Division, Fifth Issue, 1993

Fiester SJ:  Women Physicians Not Immune to Sexual Harassment.  Editorial, The Psychiatric News, July 17, 1992

Kane JM, Evans DL, Fiester SJ, Mirin SM, Pincus HA, Schatzberg AF, Cole JO, Popper CW: Psychopharmacologic Screening Criteria. Manual of Psychiatric Quality Assurance, Ed. Mattson MR, Washington, DC: American Psychiatric Press, Inc., 1992

Fiester SJ, Gay M: Sadistic Personality Disorder: A Review of Data and Recommendations for DSM-IV. Journal of Personality Disorders, 5:376-385, 1991

Fiester SJ: Self-Defeating Personality Disorder: A Review of Data and Recommendations for DSM-IV. Journal of Personality Disorders, 5:194-209, 1991

Spitzer RL, Fiester SJ, Gay M, Pfohl B: Results of a Survey of Forensic Psychiatrists on the Validity of the Sadistic Personality Disorder Diagnosis. American Journal of Psychiatry, 148:875-879, 1991

Gay M, Fiester SJ: Sadistic Personality Disorder, in Psychiatry, Ed. Michels R., Philadelphia, Pennsylvania: J.B. Lippincott, 1(21):1-13, 1990

Fiester SJ, Ellison JM, Docherty JP, Shea T: Comorbidity of Personality Disorders: Two for the Price of Three, in Treating Personality Disorders, Ed. Adler A., San Francisco, California: Jossey-Bass Inc. No. 47, pp. 103-114, 1990

Elkin I, Shea MT, Watkins JT, Imber SD, Sotsky SM, Collins JF, Glass Dr, Pilkonis PA, Leber WR, Docherty JP, Fiester SJ, Parloff MB: NIMH Treatment of Depression Collaborative Research Program: I. General Effectiveness of Treatments. Archives of General Psychiatry, 46:971-982, 1989

Fiester SJ, Docherty, JP: Psychiatric Knowledge & Skills Self-Assessment Program VI (PKSAP VI), Module A, Study Unit I, Psychotherapy Techniques and Outcome, Washington, DC: American Psychiatric Press, Inc., 1988. Syllabus I

Fawcett J, Epstein PS, Fiester SJ, Elkin I, Autry, JH:  Clinical Management-Imipramine/Placebo Administration Manual: NIMH Treatment of Depression Collaborative Research Program, Psychopharmacology Bulletin, 23:309-323, 1987

Cohen-Cole SA, Pincus HA, Stoudemire A, Fiester SJ, Houpt JL: Recent Research Developments in Consultation-Liaison Psychiatry, General Hospital Psychiatry, 8:316-329, 1986

Docherty JP, Fiester SJ, Shea T: Syndrome Diagnosis and Personality Disorders, in Psychiatry Update: The American Psychiatric Association Annual Review, Volume 5. Eds. Frances AJ, Hales RE, Washington, D.C.: American Psychiatric Press, Inc., pp. 315-355, 1986

Fiester SJ: Psychotherapeutic Management of Gastrointestinal Disorders, in Psychiatry Update: The American Psychiatric Association Annual Review, Volume 5. Eds. Frances AJ, Hales RE, Washington, D.C.:  American Psychiatric Press, Inc., pp. 580-605, 1986

Docherty JP, Fiester SJ: The Therapeutic Alliance and Compliance with Psychopharmacology, in Psychiatry Update:  The American Psychiatric Association Annual Review, Volume 4. Eds. Hales RE, Frances AJ. Washington, DC: American Psychiatric Press, Inc., pp. 607-632, 1985

Docherty JP, Fiester SJ: Ego Function and Clinical Outcome in Schizophrenia, in The Broad Scope of Ego Function Assessment, Eds. Bellak L, Goldsmith LA, New York, New York: John Wiley & Sons, pp. 71-81, 1984

Fiester SJ: Natural History and Clinical Course in Schizophrenia: New Perspectives on Chronicity. MD Thesis, Yale University, 1977

Fiester SJ, Siipola E: Effect of Time Pressure on the Management of Aggression in TAT Stories. Journal of Personality Assessment, 36:230-240, 1972

**ABSTRACTS:**

Fiester, SJ: Nicotine Addiction:  Alcoholism and Substance Abuse.  Scientific Proceedings, American Psychiatric Association, p. 177, 1993

Fiester SJ: Gender Differences in Nicotine Addiction. Scientific Proceedings, American Psychiatric Association, p. 162, 1992

Fiester SJ: Pharmacotherapies for Nicotine Addiction. Scientific Proceedings, American Psychiatric Association, p. 206, 1991

Docherty JP, Fiester SJ: Pharmacological Treatment for Cocaine Withdrawal. Scientific Proceedings, American Psychiatric Association, p. 206, 1991

Fiester SJ: Adolescent Smoking and Psychopathology. Scientific Proceedings, American Psychiatric Association, p. 236, 1990

Fiester SJ: Axis II Psychopathology in Cocaine Abusers. Scientific Proceedings, American Psychiatric Association, p. 146-147, 1988

Docherty JP, Fiester SJ: Syndrome Diagnosis and Personality Disorder. Scientific Proceedings, American Psychiatric Association, p. 181, 1987

Fiester SJ: Personality Disorder in Major Depressive Illness. Scientific Proceedings, American Psychiatric Association, 1985

Fiester SJ, Docherty JP: Efficacy of Psychotherapy in Medical Disorders. Scientific Proceedings, American Psychiatric Association, p. 63, 1985

Docherty JP, Fiester SJ: Methodological Issues in Research on Psychosocial Intervention in Medical Disorders. Scientific Proceedings, American Psychiatric Association, p. 64, 1985

Docherty JP, Flynn J, Fiester SJ: Disturbed Family Transaction and Borderline Disorder. Scientific Proceedings, American Psychiatric Association, p. 196, 1981

Fiester SJ, Docherty JP: The Process of Recovery From Psychosis. Scientific Proceedings, American Psychiatric Association, p. 216, 1980

Docherty JP, Fiester SJ: Treating Chronic Patients: A Multiaxial Model. Scientific Proceedings, American Psychiatric Association, p. 137, 1980

Fiester SJ, Docherty JP: Understanding Outcome in Schizophrenia. Scientific Proceedings, American Psychiatric Association, p. 363, 1979

Docherty, JP, Fiester SJ: Teaching Psychopathology: A New Method. Scientific Proceedings, American Psychiatric Association, p. 229, 1979

Docherty JP, Fiester SJ: Ego Function and Clinical Outcome in Schizophrenia. Scientific Proceedings, American Psychiatric Association, p. 128, 1979

Docherty JP, Young JG, Fiester SJ, Waldo M, Cohen DJ: MAO and Symptomatology in Schizophrenics. Scientific Proceedings, American Psychiatric Association, p. 60, 1979

Fiester SJ, Docherty JP: Rehospitalization in Schizophrenia: New Perspectives. Scientific Proceedings, American Psychiatric Association, p. 129, 1979

Fiester SJ: Indications for Phenothiazine Maintenance. Scientific Proceedings, American Psychiatric Association, p. 249, 1979

Docherty JP, Fiester SJ, Weissman M: Schizoaffective Disorder: Validating Distinctions. Scientific Proceedings, American Psychiatric Association, p. 82, 1978

Docherty JP, Fiester SJ: The Course of Schizophrenia. Scientific Proceedings, American Psychiatric Association, p. 42, 1978

Fiester SJ, Docherty JP: Patterns of Rehospitalization in Schizophrenia: New Perspectives. Abstracts of the VI World Congress of Psychiatry, p. 239, 1977

Fiester SJ, Docherty JP: Suicide Attempts in Ambulatory Schizophrenics. Scientific Proceedings (New Research), American Psychiatric Association, No. NR 18, 1977

Docherty JP, Siris SG, VanKammen, DP, Fiester SJ: Phenothiazine       Prophylaxis of Schizophrenic Relapse. Scientific Proceedings, American Psychiatric Association, p. 307, 1976

**SELECTED NATIONAL MEETINGS / GRAND ROUNDS PRESENTATIONS / LECTURES:**

CJA Trial Panel Annual Training, Office of the Federal Public Defender, Los Angeles, California, September 2010.  "Recognizing and Developing Evidence of Psychiatric, Psychological and Neuropsychological Disorders" with Karen Landau, Esq.

Advanced Criminal Law Seminar, National Association of Criminal Defense Lawyers, Aspen, Colorado, January 2010.  "Recognizing, Developing & Using Evidence of Psychiatric, Psychological & Neuropsychological Impairments" with Karen Landau, Esq.

US Federal Public Defender's Office, CJA Training, Baltimore, Maryland, May 2006. "Using Mental Health Evidence in a Post-Booker World" with Robert Biddle, Esq.

Washington Psychiatric Society Women's Caucus, Bethesda, MD, April 1, 2004.  Lecture on "Algorithms for the Treatment of Major Depressive Disorder"

Roundtable case presenter / leader - Women's Psychopharmacology Study Group, Chevy Chase, MD, March 26, 2003

Diane Rehm Show, National Public Radio, Washington, D.C., June 1998.  "Spasmodic Dysphonia"

American Psychiatric Association Annual Meeting, Toronto, Canada, June, 1998. Workshop: "How to Help Your Patients Stop Smoking" with John R. Hughes, M.D. (Joint Session with The National Institute on Drug Abuse)

University of Vermont, School of Medicine, Burlington, VT, May 1998. Grand Rounds: "Forensic Psychiatry"

Schering-Plough Research Institute, Kenilworth, NJ, December 1997.  Seminar: "Smoking Cessation Medications and Clinical Practice"

American Psychiatric Association Annual Meeting, San Diego, CA, May 1997.  "Symposium on Smoking Cessation:  Clinical Practice Guidelines for Psychiatrists," presentation on "Overview of APA Practice Guidelines for Nicotine Dependence"

APA Media Briefing on Practice Guideline for the Treatment of Patients with Nicotine
Dependence, Washington, DC, October 1996

Montgomery County Mental Health Association, American Association of University Women and
Greater Washington Society for Clinical Social Work, Rockville, MD, May 1995.  Keynote
speaker for conference on women's mental health, presentation on "Overview of Affective,
Anxiety and Eating Disorders in Women"

District of Columbia Association of Criminal Defense Lawyers, Washington, DC, May 1995.
Member of panel on "Psychiatric and Psychological Testimony in Forensic Settings"

Mary Washington Hospital, Fredericksburg, VA, January, 1995. Grand Rounds:  "Women and
Depression"

The New York Hospital-Cornell Medical Center, New York, NY, June 1994.  Grand Rounds:
"Psychiatric Testimony in the Lorena Bobbitt Case"

Peninsula Psychiatric Hospital, Hampton, VA, June 1994.  "New Pharmacotherapies for
Depression"

Poplar Springs Hospital, Colonial Heights, VA, June 1994.  "The Treatment of Depression and
New Uses for SSRI's"

District of Columbia Alliance for the Mentally Ill, Washington, DC, May 1994.  "Novel
Antipsychotics for the Treatment of Schizophrenia"
American Psychiatric Association Annual Meeting, Philadelphia, PA, May 1994.  Symposium on
"Women:  Breaking the Cycle of Depression," presentation on "The Epidemiology of Depression
in Women"

Maryland Medical and Chirological Society, Baltimore, MD, April 1994.  "New Pharmacological
Treatments for Depression"

Northern Virginia Alliance for the Mentally Ill, Fairfax, VA, April 1994.  "Novel Antipsychotics for
the Treatment of Schizophrenia"

American Psychiatric Association Annual Meeting, San Francisco, CA, May 1993.  Moderator
for debate on "Resolved:  Psychiatric Units Should be Exempt from Hospital Policies that
Prohibit Smoking"

American Psychiatric Association Annual Meeting, San Francisco, CA, May 1993.  Symposium
presentation on "Nicotine Addiction:  Alcoholism and Substance Abuse"

American Psychiatric Association Annual Meeting, San Francisco, CA, May 1993.   Presenter in
workshop on "Smoke-Free Psychiatric Units:  Progress and Problems"

Lehigh Valley Hospital, Lehigh, PA, March 1993. Regional Symposium: "Clinical Issues re
Women, presentation on "Women and Alcoholism"

Tenth Annual Greenbrier Psychopharmacology Symposium, Foundation for Contemporary Mental Health, White Sulfur Springs, WVA, March 1993. "Medication Approaches to Nicotine Addiction"

The University of Alabama College of Community Health Sciences, Tuscaloosa, AL, January 1993. Grand Rounds:  "Comprehensive Treatment of Nicotine Addiction"

American Medical Women's Association Annual Meeting, San Francisco, CA, November 1992. News Conference: "How Women Quit Smoking"

District of Columbia Commission on Mental Health, Washington, DC, November 1992.  Panel presentation on "Treatment Issues and the Dually-Diagnosed"

St. John's Hospital, Lowell, MA, October 1992. Grand Rounds:  "Update on Risks of Smoking, Benefits of Quitting and New Treatment Options"

Merrimack Valley Chapter of Medical Assistants, Haverill, MA, September 1992. "Medical Aspects of Smoking"

Veteran's Medical Center, Togus, ME, August 1992.  Grand Rounds:  "Smoking Cessation: Update 1992"

American Psychiatric Association Annual Meeting, Washington, DC, May 1992.  Presenter in workshop: "How should DSM IV alter Axis II"

American Psychiatric Association Annual Meeting, Washington, D.C., May 1992.  Chairperson of symposium on "Gender Differences in Alcoholism/Substance Abuse" and symposium presenter of "Gender Differences in Nicotine Addiction"

Lawrence General Hospital, Lawrence, MA, April 1992.  Grand Rounds: "Treatment of Nicotine Addiction"

New England Memorial Hospital, Stoneham, MA, March 1992.  Grand Rounds: "New Strategies in Addiction Treatment:  Focus on Nicotine"

Association of Academic Psychiatrists Annual Meeting, San Antonio, TX, March 1992. Co-Presenter of workshop on "Successful Preparation of Submissions for Scientific Meetings"

American Medical Women's Association Regional Meeting, Newton, MA, November 1991. "Panic Disorder"

The Psychiatric Institute of Washington, The Women's Program, Washington, DC, June 1991. "Self-In-Relation Theory"

American Psychiatric Association Annual Meeting, New Orleans, LA, May 1991.  Chairperson of symposium on "Pharmacological Treatment for Substance Abuse" and symposium presenter of "Pharmacotherapies for Nicotine Addiction"

NIMH Conference on Personality Disorders, Williamsburg, VA, November 1990. "The Epidemiology of Personality Disorders"

Catholic Medical Center, Manchester, NH, August 1990.  Grand Rounds: "Premenstrual Syndrome"

American Psychiatric Association Annual Meeting, New York, NY, May 1990. Patient Advocacy Session, Formal Debate with Kate Millett

American Psychiatric Association Annual Meeting, New York, NY, May 1990. Presenter in workshop on "Personality Disorders in DSM-IV"

American Psychiatric Association Annual Meeting, New York, NY, May 1990.  Chairperson of symposium on "Nicotine Addiction in Adolescents" and symposium presenter of "Adolescent Smoking and Psychopathology"

New England Deaconess Hospital, Harvard Medical School, Section on Behavioral Medicine, Boston, MA, June 1989.  Grand Rounds: "Psychosocial Treatment for Medical Illnesses: Cancer"

American Psychiatric Association Annual Meeting, San Francisco, CA, May 1989.  Presenter in workshop on "Personality Disorders in DSM-IV"

American Psychiatric Association Annual Meeting, Montreal, Canada, May 1980.  Chairperson of symposium on "Personality Disorders in Substance Abusers" and symposium presenter of "Axis II Psychopathology in Cocaine Abusers"
American Medical Society on Alcoholism and Other Drug Dependence Annual Meeting, Atlanta, GA, April 1989. "A Comprehensive Approach to the Treatment of Nicotine Dependence"

Society for Psychotherapy Research Annual Meeting, Sante Fe, NM, June 1988. Discussant for symposium on "Personality Disorders and Anxiety Disorders"

American Psychiatric Association Annual Meeting, Chicago, IL, May 1987. "Syndrome Diagnosis and Personality Disorder"

New Hampshire Society of Physician Assistants, North Conway, NH, June 1987.  Faculty member and lecture: "Psychiatric Disorders in the Medically Ill"

National Conference on Women and The Law, Washington, DC, March 1987.  Feminist Trial Advocacy Seminar: expert witness for Mock Trial on Battered Women

Conference on Court Security, State of New Hampshire Court System, January 17, 1986. "Reducing Security Risks in the Courtroom"

Manchester VA Hospital, Department of Psychiatry, Manchester, NH, September 1986.  Grand Rounds:  "Psychotherapeutic Treatment of Patients with Medical Disorders"

American Psychiatric Association Annual Meeting, Washington, DC, May 1986. "Syndrome Diagnosis and Personality Disorder"

American Psychiatric Association Annual Meeting, Washington, DC, May 1986. Psychotherapeutic Management of Gastrointestinal Disorders"

Memorial Sloan-Kettering Hospital, Psychiatry Department, New York, NY, November 1985.
Grand Rounds:  "Psychosocial Intervention in Medical Disorders"

American Psychiatric Association Annual Meeting, Dallas, TX, May 1985. "The Therapeutic
Alliance and Compliance with Psychopharmacology"

American Psychiatric Association Annual Meeting, Dallas, TX, May 1985. "Personality Disorder
in Major Depressive Illness"

American Psychiatric Association Annual Meeting, Dallas, TX, May 1985. Chairperson of
symposium on "Psychosocial Interventions in Medical Disorders" and symposium presenter of
"Efficacy of Psychotherapy in Medical Disorders"

Association of Academic Psychiatrists Annual Meeting, Tampa, FL, March 1985. Presenter at
Consultation-Liaison Workshop on "Psychosocial Treatment Research and Consultation-Liaison
Psychiatry"

Meriden-Wallingford Hospital, Department of Psychiatry Department, Meriden, CT, March 1985.
Grand Rounds:  "The Therapeutic Alliance and Compliance with Psychopharmacology"

Academy of Child Psychiatry, Workshop on Psychotherapy Research, Toronto, Canada,
November 1984. "Advances in the Technology of Psychotherapy Research"

Uniformed Services University of the Health Sciences, Department of Psychiatry, Bethesda,
MD, December 1984.  Grand Rounds:  "The Therapeutic Alliance and Compliance with
Psychopharmacology"

City College of New York, Biomedical Program, American Medical Students' Association, New
York, NY, March 1982. "Health Care for Minorities"

American Psychiatric Association Annual Meeting, New Orleans, LA, May 1981. "Disturbed
Family Transaction and Borderline Disorder"

Yale University, School of Medicine, Department of Psychiatry, New Haven, CT, April 1981.
"Understanding Outcome in Schizophrenia," presentation for Lustman Research Award
Ceremony

American Psychiatric Association Annual Meeting, San Francisco, CA, May 1980. "Treating
Chronic Patients: A Multiaxial Model"

American Psychiatric Association Annual Meeting, San Francisco, CA, May 1980. "The Process
of Recovery From Psychosis"

American Psychiatric Association Annual Meeting, Chicago, IL, May 1979. "Monamine Oxidase
and Symptomatology in Schizophrenia"

American Psychiatric Association Annual Meeting, Chicago, IL, May 1979. "Understanding
Outcome in Schizophrenia"

American Psychiatric Association Annual Meeting, Chicago, IL, May 1979. "Teaching Psychopathology: A New Method"

American Psychiatric Association Annual Meeting, Atlanta, GA, May 1978. "Schizoaffective Disorder: Validating Distinctions"

VI World Congress of Psychiatry, Honolulu, Hawaii, September 1977. "Patterns of Rehospitalization in Schizophrenia"